**GROSS & ESPARZA, P.L.L.C.**
106 SOUTH ST. MARY'S STREET, SUITE 260
SAN ANTONIO, TEXAS 78205
WWW.TXMILITARYLAW.COM
(210) 354-1919
FAX: (210) 354-1920

MICHAEL C. GROSS
BOARD CERTIFIED - CRIMINAL LAW
BOARD CERTIFIED - CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
BOARD CERTIFIED - CRIMINAL TRIAL ADVOCACY
NATIONAL BOARD OF TRIAL ADVOCACY

JOSEPH A. ESPARZA
BOARD CERTIFIED - CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
BOARD CERTIFIED - CRIMINAL TRIAL ADVOCACY
NATIONAL BOARD OF TRIAL ADVOCACY

March 10, 2015

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RE:     **Notice of Filing of Affidavit in Support of Writ Application,
        Court of Criminal Appeals Cause No. WR-79, 471-01;
        Trial Court Cause No. 2006-CR-7994-W1 (226th Dist. Ct., Bexar County, Texas)**

To Whom It May Concern:

Enclosed please find our Notice of Filing of Affidavit in Support of Writ Application and attached Affidavit of Kayla Schilling for filing in the above writ case. This new information is being filed in further support of the writ application before the Court. Enclosed please also find a copy for our file. Please file stamp the copy and return to our office in the self-addressed, stamped envelope.

If you have any questions, you may contact our office at (210) 354-1919.

Sincerely,

Joseph A. Esparza

Enclosure/jae

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

Ex Parte WILLIAM SCHILLING     §

§     **Cause No. WR-79, 471-01**

§

**APPLICANT**     §

## NOTICE OF FILING OF AFFIDAVIT IN SUPPORT OF WRIT APPLICATION

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW THE APPLICANT, WILLIAM SCHILLING, in the above styled and numbered cause, and respectfully provides notice to this Honorable Court of the above filed, attached affidavit (Exhibit 1):

1. This affidavit is a statement from the Applicant's daughter who states generally that she had denied any sexual abuse to CPS when the topic first came up and lived with her mother and her mother's boyfriend at the time, of whom she was afraid. She notes that her mother used to strike her and did make her share a bed with her boyfriend at the time. She witnessed the boyfriend physically abuse her mother and kick their dog hard enough he required hospitalization. CPS removed her and her siblings, Brittnee (sister), and Cody (brother), from her mother. She denies any sexual abuse from her father, the Applicant. She also doubts and has never witnessed any sexual abuse of her sister, the complainant, and Kayla was never a participant or victim in any sexual abuse.

2. Kayla states in her affidavit that all of her testimony or statements regarding alleged abuse, either in or out of court, were lies by her. She does not know why she lied back then about being inappropriately touched by her father, but she did. The truth was that her father never touched her inappropriately and was a good dad. Kayla knows her father to be innocent. Kayla notes that her mother and sister both have poor characters for truthfulness and she would not believe either one under oath on any matter. Kayla does not believe her sister, Brittnee, was ever abused because she lies frequently and Kayla has caught Brittnee in numerous lies many times. Kayla is submitting this affidavit to correct the injustice done to her father in the hope that he would be granted a new trial.

Respectfully submitted,

_____

Joseph A. Esparza

State Bar No. 00790650

106 South St. Mary's Street, Suite 260

San Antonio, Texas 78205

(210) 354-1919

(210) 354-1920 (Fax)

Attorney for the Applicant,

WILLIAM SCHILLING

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Filing of Affidavit in Support of Writ Application was delivered to Assistant Criminal District Attorney, Enrico Valdez, on 3-10-15.

# EXHIBIT 1

# AFFIDAVIT

STATE OF TEXAS                                          §
                                                        §
COUNTY OF BEXAR                                          §

BEFORE ME, the undersigned authority, on this day personally appeared KAYLA SCHILLING known to me to be the person whose name is subscribed below, who being first by me duly sworn did depose and say:

"My name is KAYLA SCHILLING. My permanent address is 1247 Country View Drive, La Vernia, TX 78121. I am over the age of eighteen and competent to make this affidavit.

My date of birth is 2-2-1996. I am 19 years old. I graduated from La Vernia High School. I can read and write the English language. I voluntarily agreed to speak about my personal knowledge of the facts surrounding this case.

After my parents divorced, I was living with my mother and her boyfriend at the time, John Hartman. We were living together the first time Child Protective Services came to the house to start asking questions and this is the first time that the topic of sexual abuse by my father, William Schilling, came up. The CPS person asked my sister point blank if she was being sexually abused and she told them truthfully that she had not been. I told CPS more than once that my father was not sexually abusing me and I was telling the truth then. I was living with my mother and her boyfriend John Hartman at the time of these interviews. I was intimidated and scared of my mom's boyfriend back then, John Hartman. He hit my mother before and he kicked our dog hard enough to require her to be hospitalized. Despite our denials as to abuse, CPS said they were going to remove us from the home. CPS then took me, Brittnee, my sister, and my brother Cody, to live at my grandmother, Ursula Schilling's home.

No sexual abuse ever occurred with me from my Dad. There was no evidence that my father had abused me or that he abused Brittnee, just my sister's claims that he did. I never witnessed any sexual abuse of Brittnee and I was never a participant or victim in any sexual abuse involving my father, William Schilling. My mother, Debbie, on the other hand, used to strike me and made me share a bed with her and her boyfriend, John Hartman.

All of my testimony or statements in and out of court regarding alleged abuse were lies by me. I don't know why I lied back then about my Dad touching me inappropriately in the shower, but I did. The truth is that my father never touched me inappropriately, he was a good dad.

I no longer live with my mother and I know my father to be innocent. I also know that my mother, Debbie, and my sister, Brittnee, both have poor characters for truthfulness. I would not believe either one under oath on any matter. I do not believe Brittnee was sexually abused because I know her to lie frequently, even about my childhood and my past actions. I have caught her in lies many times. I recently caught Brittnee in a lie about her current husband, who she claimed had abandoned her at a laudromat with no cell phone or money, alone with their baby. When I investigated this accusation, I learned that Brittnee had simply forgotten her phone at home and was at the laundromat with our mother Debbie, and had access to transportation and money to care for their baby. This lie was "classic Brittnee," rewriting something normal and twisting it into a lie to make herself the victim and appear blameless – even if it throws someone else under the bus in the process.

I am giving this affidavit now in the hopes of finally doing the right thing and correcting an injustice that has been done to my Dad. He doesn't deserve to be in prison. He is innocent of the crimes that he was convicted of. He did not abuse me sexually or in any other way. Please grant him a new trial so that he can prove his innocence in court with a new lawyer.

"The above is true and correct."

KAYLA SCHILLING

SWORN TO AND SUBSCRIBED before me on this _____9th_____ day of _____March_____, 2015.

ANNELIESE M LAGERSON
Notary Public, State of Texas
My Commission Expires
August 19, 2018

Notary Public
My Commission Expires: August 19, 2018